Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GIFTBOXCENTER, LLC,

    *Plaintiff*,

v.

PETBOX, INC and PETBOX HOLDINGS, LLC,

    *Defendants*.

Civil Action No. 15-4390 (JMV) (JBC)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 5th day of February, 2018,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 41) is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's past and ongoing conduct in connection with the name "PETGIFTBOX," and Plaintiff's logo do not constitute infringement of Defendants' trademark rights under 15 U.S.C. §1114(1) ("Relief for the Third Request"); and it is further

**ORDERED** that Plaintiff's past and ongoing conduct in connection with the name "PETGIFTBOX" and Plaintiff's logo do not constitute false advertising under 15 U.S.C. §1125(a) with respect to Defendants' trademark rights ("Relief for the Fourth Request"); and it is further

**ORDERED** that Defendants are not entitled to any injunctive relief or monetary damages regarding the Relief for the Third Request and the Relief for the Fourth Request; and it is further

**ORDERED** that all other requests for relief made by Plaintiff are **DENIED**; and it is further

**ORDERED** that Plaintiff shall serve a copy of this Order and the accompanying Opinion on Defendants at their last known addresses; and it is further

**ORDERED** that the Clerk's Office shall close this matter.

_____
John Michael Vazquez, U.S.D.J.